1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   JARAMIE JEROME KINSEY,                    No. 2:19-cv-0430-EFB P

11              Plaintiff,

12        v.                                   ORDER

13   TRAVIS DECKER, et al.,

14              Defendants.

15

16        Plaintiff, a county jail inmate proceeding without counsel, has filed a complaint together

17   with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the

18   certificate portion of the in forma pauperis application has not been filled out and signed by an

19   authorized jail official.  *See* 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided another

20   opportunity to submit a fully completed application to proceed in forma pauperis.

21        In accordance with the above, IT IS HEREBY ORDERED that:

22        1.  The Clerk of the Court shall provide plaintiff with another copy of the in forma

23   pauperis application used by this court; and

24        2.  Plaintiff shall submit, within thirty days from the date of this order, a fully completed

25   in forma pauperis application.  Plaintiff's failure to comply with this order will result in a

26   recommendation that this action be dismissed without prejudice.

27   DATED:  March 21, 2019.

28   _____
                        EDMUND F. BRENNAN
                        UNITED STATES MAGISTRATE JUDGE